UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:22-cv-00581-VBF (MAA)**                    Date: **September 13, 2022**

Title      **Andres Correa v. Whittier Police Department at al.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**          **Order to Show Cause Regarding Failure of All Parties to File Status Report**

On June 8, 2022, the Court issued a Scheduling Order regarding discovery and pretrial motions.  ("Order," ECF No. 20.)  Among other deadlines, the Order required each party to file and serve a Status Report on or before September 6, 2022.  (*Id*. at 1, 5.)

To date, no party has filed a Status Report.

All parties are **ORDERED TO SHOW CAUSE** by **October 12, 2022** why the Court should not sanction them for failure to comply with the Scheduling Order.  *See* Fed. R. Civ. P. 16(f).  If any party files a Status Report on or before that date, the Order to Show Cause will be discharged against that party, and no additional action need be taken by that party.

It is so ordered.