| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRES ALFREDO CORREA, | Case No. 2:22-cv-00581-VBF (MAA) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| WHITTIER CITY POLICE DEPARTMENT et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (ECF No. 1); the briefs and documents filed in support of and in opposition to Defendants' Motion for Judgment on the Pleadings (ECF No. 32); the other records on file herein; and the Report and Recommendation of United States Magistrate Judge (ECF No. 40).  Further, the time for filing objections has expired and no objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge.

**IT THEREFORE IS ORDERED** that:

(1) The Report and Recommendation of United States Magistrate Judge is **ACCEPTED**;

(2) The Motion is **GRANTED** as follows:

   (a) Plaintiff's malicious prosecution claim is **DISMISSED WITH PREJUDICE**; and

   (b) Plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE**;

 (3) Plaintiff is **GRANTED LEAVE** to file a First Amended Complaint within thirty (30) days of the date of this Order, only to correct the deficiencies discussed in the Magistrate Judge's Report and Recommendation, and without adding any new claims (including new legal theories) or new defendants.  If Plaintiff wishes to add new claims or defendants, this can be done only by a separate Motion to Amend.  Plaintiff's First Amended Complaint shall not include a malicious prosecution claim, which is dismissed with prejudice.

DATED:  July 7, 2023

*Valerie Baker Fairbank*
_____

     VALERIE BAKER FAIRBANK
     UNITED STATES DISTRICT JUDGE