**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRES ALFREDO CORREA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WHITTIER CITY POLICE DEPARTMENT et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00581-VBF (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint (ECF No. 42); the briefs and documents filed in support of and in opposition to Motion for Judgment on the Pleadings (ECF No. 46); the other records on file herein; and the Report and Recommendation of United States Magistrate Judge (ECF No. 53). Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　**IT THEREFORE IS ORDERED** that:

　　　　(1)　　The Report and Recommendation of United States Magistrate Judge is
　　　　　　　　**ACCEPTED**;

///

(2) Plaintiff's objections regarding untimeliness are **OVERRULED**;

(3) The Motion is **GRANTED** with prejudice and without leave to amend as to Plaintiff's federal claims;

(4) Supplemental jurisdiction is **DECLINED** over Plaintiff's state law claims, and such claims are dismissed without prejudice;

(5) The First Amended Complaint and this lawsuit are **DISMISSED**; Judgment shall be **ENTERED** dismissing Plaintiff's federal claims with prejudice and without leave to amend, and dismissing Plaintiff's state law claims without prejudice.

DATED: March 15, 2024

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE