JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES ALFREDO CORREA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WHITTIER CITY POLICE DEPARTMENT et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00581-VBF (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice as to Plaintiff's federal claims, and dismissed without prejudice as to Plaintiff's state law claims.

DATED: March 15, 2024

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE